UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**DEONDRICK LUCAS, ET AL.**                                   **CIVIL ACTION**

**V.**

**TROY LAWRENCE, JR., ET AL.**                               **NO. 24-13-BAJ-EWD**

## CONSENT MOTION TO STAY PROCEEDINGS

**NOW INTO COURT**, through undersigned counsel, comes the City of Baton Rouge/Parish of East Baton Rouge ("City/Parish"), who seeks a stay of proceedings herein pending the resolution of the criminal proceedings against the plaintiffs as follows:

1.

On January 9, 2023, Deondrick Lucas, Tory Minton, Seyveyon Moore, and Deondre Tate ("Plaintiffs") were arrested as a result of events surrounding an investigatory stop during surveillance of a residence alleged associated with narcotic distribution, illegal firearms, and possible gang-affiliated individuals.

2.

Plaintiffs were arrested on charges of possession with intent to distribute and manufacturing Schedule I, illegal carrying of weapons with controlled dangerous substance ("CDS"), obstruction of justice, three counts of possession with intent to distribute and manufacturing Schedule II, possession of drug paraphernalia, and illegal carrying of a weapon.

3.

On January 8, 2024, Plaintiffs filed their *Complaint* herein alleging various federal claims of deprivations of constitutional rights and state law claims arising from the facts and circumstances of the arrests on January 9, 2023.

4.

On January 23, 2024, the Court issued its Scheduling Conference Order, wherein a Telephone Scheduling Conference is set for 4/4/2024 at 01:30 PM before Magistrate Judge Richard L. Bourgeois Jr. (reassigned to Magistrate Judge Erin Wilder-Doomes on February 7, 2024). See Rec. Doc. 11.

5.

A criminal proceeding was initiated and is presently pending against all Plaintiffs for the aforementioned arrests for the charge of possession of Schedule II, three counts of illegal carry of a weapon with CDS, and possession of firearm/carrying concealed weapon by convicted felon. *Referring to State of Louisiana v. Deondrick Lucas, Tory Minton, Seyveyon Moore, and Deondra Tate*; Docket No. DC-23-01702; Section 8; 19th Judicial District Court; Parish of East Baton Rouge; State of Louisiana.

6.

Undersigned has been made aware of the pending criminal matter related herein against Plaintiffs.

7.

Plaintiffs' allegations of constitutional violations would, if true, necessarily implicate the validity of the pending charges against them and any potential convictions that might result.

8.

Such allegations cannot proceed under § 1983 at this time. *See Hudson v. Hughes,* 98 F.3d 868, 872–73 (5th Cir.1996) (holding that *Heck* precluded proceeding on the plaintiff's allegations of excessive force and false arrest because, if successful, they would call into question the validity of the plaintiff's conviction).

9.

The parties respectfully request that all active deadlines and scheduled conferences, including those set forth by Rec. Doc. 11, be continued and reset at a later date in conjunction with the relief sought herein.

10.

Counsel for all parties have been contacted and consent to this request to stay.

**WHEREFORE**, the City/Parish, defendant, prays that this motion be granted and that this Court issue an order temporarily staying this civil proceeding pending the resolution of the related criminal proceeding.

**FURTHER**, the parties respectfully request that all deadlines and conferences, including those set forth by Rec. Doc. 11, be stayed and reset at a later time in conjunction with the relief sought herein.

                **RESPECTFULLY SUBMITTED:**
                **A. GREGORY ROME**
                **PARISH ATTORNEY**

                **/s/ Michael P. Schillage**
                **David M. Lefeve (#20920)**
                **Director of Litigation and Risk Management**
                **Michael P. Schillage (#35554)**
                **Sr. Special Assistant Parish Attorney**
                222 St. Louis Street, Suite 902
                Baton Rouge, Louisiana 70802
                Telephone:   (225) 389-3114
                Facsimile:   (225) 389-8736
                Email:       dlefeve@brla.gov
                                 mschillage@brla.gov
                *Attorneys for the City of Baton Rouge/Parish of East Baton Rouge*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was this date sent to all counsel of record by electronic mail to the email address listed with the Court's electronic filing system, facsimile, and/or U.S. mail, postage prepaid and properly addressed. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, postage prepaid, and properly addressed.

Baton Rouge, Louisiana this 22nd day of March, 2024.

                                           **/s/ Michael P. Schillage**
                                           **MICHAEL P. SCHILLAGE**